EDWARD FREDRICKS et al., Appellants, *v.* THE CITY OF NEW
YORK, Respondent.

*Fredricks* v. *City of New York,* 44 App. Div. 274, affirmed.
(Submitted January 15, 1901; decided January 29, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 15, 1899, upon an order reversing a judgment in
favor of plaintiffs entered upon a decision of the court at a
Trial Term without a jury, and dismissing the complaint.

*George H. Rudolph* for appellants.

*John Whalen, Corporation Counsel* (*Theodore Connoly*
and *George Landon* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN and
LANDON, JJ. Not voting: HAIGHT and CULLEN, JJ.

---

MORGAN & WRIGHT, Respondent, *v.* FRANCIS W. GRIDLEY,
Appellant, Impleaded with Others.

*Morgan & Wright* v. *Gridley,* 37 App. Div. 633, affirmed.
(Argued January 15, 1901; decided January 29, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
February 15, 1899, affirming a judgment in favor of plaintiff
entered upon a verdict.

*B. A. Benedict* for appellant.

*Edgar F. Brown* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., HAIGHT, MARTIN, VANN, LANDON
and CULLEN, JJ. Not sitting: BARTLETT, J.